

LAW OFFICE
# KLEINMAN LLC
626 RXR PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

ELECTRONIC MAIL:
AKLEINMAN@KLEINMANLLC.COM

WEBSITE:
WWW.KLEINMANLLC.COM

December 6, 2019

TELEPHONE
(516) 522-2621

TOLL FREE
(877) 522-2621

FACSIMILE
(888) 522-1692

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-9-19

Re: **Hayles v. Aspen Properties Group, LLC et al.
1:16-cv-08919 (JFK)**

Dear Judge Keenan:

I represent the Plaintiff herein.

I am requesting an Adjournment of the Status Conference presently scheduled for December 12, 2019. Doc. [89].

I make this request because I am engaged in the Eastern District of New York, Central Islip Courthouse on December 12, 2019 at 11:00 AM.

There have been no prior requests for an adjournment of the December 12, 2019 Status Conference.

My adversary Consents to the proposed adjournment of the December 12, 2019 Status Conference.

The proposed Adjournment does not affect any other scheduled dates.

Respectfully submitted,

Abraham Kleinman

Both parties consenting, Plaintiff's request is GRANTED. The status conference is rescheduled to December 18, 2019 at 11:00 a.m.

SO ORDERED.
Dated: New York, New York
       December 9, 2019

John F. Keenan
United States District Judge