N.Y.S.D. Case #
16-cv-8919(JFK)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand and nineteen.

Before:          Debra Ann Livingston,
                 Susan L. Carney,
                         *Circuit Judges*,
                 Richard M. Berman,
                         *District Judge*.*

————————————————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 12 2019

Gregory Hayles,

          Plaintiff - Appellant,

v.

Aspen Properties Group, LLC, Waldman, Sagginario
& Associates, PLLC,

          Defendants - Appellees.

————————————————

**STATEMENT OF COSTS**
Docket No. 18-2683

IT IS HEREBY ORDERED that costs are taxed in the amount of $1305.85 in favor of the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

————————————————————————

*Judge Berman, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 12/12/2019