```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
GREGORY HAYLES,                      :
                                     :
                Plaintiff,           :
                                     :
     -against-                       :
                                     :   No. 16 Civ. 8919 (JFK)
ASPEN PROPERTIES GROUP, LLC and      :   **ORDER**
WALDMAN, SAGGINARIO & ASSOCIATES,    :
PLLC,                                :
                                     :
                Defendants.          :
------------------------------------ X
```



**JOHN F. KEENAN, United States District Judge:**

As discussed during today's conference, Defendants' motion for summary judgment is due by January 24, 2020; Plaintiff's opposition is due by March 2, 2020; and Defendants' reply is due by March 23, 2020.

**SO ORDERED.**

Dated:   New York, New York
         December 18, 2019

                                    _____
                                         John F. Keenan
                                    United States District Judge