```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregory Hayles,

                       Plaintiff,

-against-

Aspen Properties Group, LLC et al.,

                       Defendants.

1:16-cv-08919 (SDA)

ORDER OF DISMISSAL

**STEWART D. AARON, United States Magistrate Judge:**

Following a settlement conference before the Court, during which the parties reached a settlement in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

DATED:     New York, New York
               December 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge