UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

ERIK LEON REYES, individually and on behalf of others similarly situated,

                Plaintiff(s),

-against-

CENTRAL PARK BOATHOUSE, LLC (D/B/A/ THE LOEB BOATHOUSE), DEAN POLL, MICHAEL AMORE, and RONNY DOE,

                Defendant(s).

18 Civ. 11900 (SDA)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Erik Leon Reyes, Defendants Central Park Boathouse, LLC d/b/a The Loeb Boathouse Central Park ("The Boathouse"), sued incorrectly herein as "Central Park Boathouse, LLC (d/b/a The Loeb Boathouse)," Dean Poll, and Michael Amore (collectively, "Boathouse Defendants"), and Defendant Romeo Quiambao, sued incorrectly herein as "Ronny Doe," by and through their undersigned counsel, that the above-captioned action be and is hereby discontinued in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

ENDORSEMENT: Subject to the settlement agreement submitted at ECF No. 66-1 and approved at ECF No. 69, this stipulation is SO ORDERED.
Dated: January 26, 2021

*[signature]*

13

| | | |
|---|---|---|
| Michael Faillace & Associates, P.C.<br>*Attorneys for Plaintiff*<br>60 East 42nd Street, Suite 4510<br>New York, New York 10165 | Jackson Lewis, P.C.<br>*Attorneys for Boathouse Defendants*<br>666 Third Avenue<br>New York, New York 10017 | Paduano & Weintraub LLP<br>*Attorneys for Romeo Quiambao*<br>1251 Avenue of the Americas, Ninth Floor<br>New York, New York 10020 |
| Date:<br><br>By: /s/Clifford Tucker<br>   Clifford R. Tucker | Date: 1.21.21<br><br>By: *[signature]*<br>   Jason A. Zoldessy<br>   Damon W. Silver | Date: 1/21/21<br><br>By: *[signature]* /MKS<br>   Meredith Cavallaro<br>   Noah H. Bunzl |

4820-9789-0260, v. 1